## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**J C BELL, TRUSTEE**          **CHECK # 793688**      **October 10, 2013**
**P O BOX 566**
**HATTIESBURG, MS 39403**

## RULE 3011 LIST OF UNCLAIMED FUNDS,
## CLAIMANTS AND AMOUNTS

HENRY MARTIN                              08-50525 NPO
P O BOX 62
DALEVILLE, MS 39326


PAYEE: HENRY MARTIN                       $10.44
          P O BOX 62
          DALEVILLE, MS 39326


REASON: UNALE TO FIND DEBTOR
**************************************************************************

BILLY & HELENE MATHENY                    08-51522 KMS
4654 OLD HWY 11
PURVIS, MS 39475


PAYEE: SPIRIT OF AMERICA NATIONAL BANK     $383.19
P O BOX 856132
LOUISVILLE, KY 40285


REASON:  UNABLE TO LOCATE CREDITOR - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

VIRGINA WEARY                             08-51755 KMS
60 DOC MAGEE ROAD #F
TYLERTOWN MS 39667


PAYEE: VIRGINA WEARY                       $652.00
60 DOC MAGEE ROAD #F
TYLERTOWN, MS 39667


REASON: UNABLE TO FIND DEBTOR - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ALFRED & SHEILA GERSTNER                  09-50813 KMS
1102 COTTON STREET
MOUNT OLIVE, MS 39119

PAYEE: CHECK EXPRESS                    $0.01
101 1ST AVE SE
MAGEE, MS 39111

REASON: TOO SMALL TO DISBURSE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DELANOR PARKMAN                         11-50176 KMS
P O BOX 1889
MONTICELLO, MS 39654

PAYEE: NATIONAL PAYMENT CENTER          $0.01
P O BOX 105028
ATLANTA, GA 30348

REASON: TOO SMALL TO DISBURSE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
SHELIA ARRINGTON                        12-50661 KMS
1328 WEST 12TH STREET
LAUREL, MS 39440

PAYEE: SHELIA ARRINGTON
1328 WEST 12TH STREET
LAUREL, MS 39440                        $200.00

REASON: UNABEL TO FIND DEBTOR
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
TOTAL PAYMENT INTO REGISTRY:            $1245.65

/s/J.C. Bell, Trustee
J. C. Bell, Trustee
P. O. Box 566
Hattiesburg, MS 39403
(601)582-5011